# agremote
"Doing it from a Distance"

Agremote System
Site 407, Box 22, R.R. 4
Saskatoon, Saskatchewan S7K 3J7

www.agremote.com
Office (306) 683-0330
Fax (306) 668-5552

Sold To: Silver Willow Farms Ltd.
Contact Person: Keith Boxall
Address: Box 233
City/Town: Codette
Province: SK   Postal Code: S0E 0P0
Phone: 306 862-4937
Type of Business: ☐ Farm ☐ Trucking ☐ Industrial ☐ Personal ☐ Other

Date: Feb 18, 2005
P.O. Number:
Retailer:
Agent:
R.M./City:

GST Reg. No. R134910538

| Qty. | Code | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | | 4 wheel drive remote swing auger drive system | 1495.00 | 1495.00 |
| | | Paid ch # 1436 | | |

**THIS IS YOUR INVOICE   THANK YOU!!**

Goods Received
Customer Signature: 4-6 week delivery

G.S.T. 104.65
P.S.T.
TOTAL 1599.65

Land Description: Sec _____ Twsp _____ R _____ M _____
I hereby certify the goods listed on this invoice will be used solely in the operation of my farm.

Date _____   Signature of Farmer _____

You can cancel this agreement by notice in writing within 10 days after you sign it. If you do not cancel this agreement within 10 days you may not be able to cancel it afterwards. You can send your notice by Registered or Certified Mail to Agremote Systems, Site 407, Box 22, R.R. 4, Saskatoon, Saskatchewan, S7K 3J7, or you may deliver it there yourself. You must mail it or deliver it before the end of the 10 days. If you cancel it, any monies you paid and any goods you traded will be returned to you.

WHITE – CUSTOMER   YELLOW – OFFICE   PINK – AGENT   GOLDENROD – PACKING SLIP

Exhibit 239
Date Aug 16' 16
Lisa MacDonald, CSR
Certified Court Reporter

**Agremote / Wiebe Remote**
*Site 407, Box 22, RR #4*
*Saskatoon, Sask  S7K 3J7*
*Ph: (306) 683-0330  Fax: (306) 668-5552*

# INVOICE

| Date | Invoice # |
|---|---|
| 2/21/2005 | 981 |

| Bill To | Ship To |
|---|---|
| Silver Willow Farms Ltd.<br>Keith Boxall<br>Box 233<br>Codette,Sask.<br>S0E 0P0 | Silver Willow Farms Ltd.<br>Keith Boxall<br>Box 233<br>Codette,Sask.<br>S0E 0P0 |

PH:

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Electric Re... | Electric Remote Swing Auger, All Wheel Drive,Remote,Complete Retails $1995.00 | 1,495.00 | 1,495.00T |
|   |   | Business Number:  R134910538 |   |   |

| | | |
|---|---|---|
| | GST | 104.65 |
| | PST | 0.00 |
| | **Total** | Can$1,599.65 |

Thank you for your business.

" We've always got something NEW to show you "