# Bill

Allen Juel Properties
P.O. Box 1177
512 Main Street
Scobey, MT 59263

| Date | Ref. No. |
|------|----------|
| 08/12/2005 | 57 |

| Vendor |
|--------|
| Agremote Systems
AGREMOTE SYSTEMS
SITE 407 BOX 22 RR 4
SASKATOON,SK S7K 3J7
CANADA |



| Bill Due | 08/12/2005 |
|----------|-----------|
| Terms | |
| Memo | |

## Items

| Item | Description | Qty | Cost | Amount | Customer:Job | Class |
|------|-------------|-----|------|--------|--------------|-------|
| Agremote Systems:Electric remote swing auger dri | remote control drive for swing auger | 2 | 1,195.00 | 2,390.00 | | |

Item Total : 2,390.00

**EXHIBIT**

57

**Bill Total :** **$2,390.00**

Confidential

BAP018414

# Allen Juel Properties

P.O. Box 1177
512 Main Street

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 3/3/2005 | 408 |

| Vendor | Ship To |
|--------|---------|
| AGREMOTE SYSTEMS<br>SITE 407 BOX 22 RR 4<br>SASKATOON,SK S7K 3J7<br>CANADA | Allen Juel Properties<br>P.O. Box 1177<br>512 Main Street<br>Scobey, MT 59263 |

| Ship Via |
|----------|
|  |

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 4 | Wiebe Chute control | Remote H.D. Grain chute control w/receiver & transmitter | 795.00 | 3,180.00 |
| 2 | chute drive | drive for chute control | 0.00 | 0.00 |
| 2 | Wiebe 6 channel | 6 channel receiver + 1 trans. to replace old style trans. | 295.00 | 590.00 |
| 3 | Electric remote swing auger dri | remote control drive for swing auger<br>1 for 13" old style Brandt<br>1 for 13" new Brandt<br><br>1 for 13" Farm King | 1,195.00 | 3,585.00 |

| **Total** | | | | $7,355.00 |

| Phone # | Fax # |
|---------|-------|
| 4064872216 | 4064872016 |



BAP018415